No. 628. ALWARD v. JOHNSON, TREASURER OF CALIFORNIA. March 17, 1930. Petition for writ of certiorari to the Supreme Court of California granted. *Mr. Burke Corbet* for petitioner. *Mr. U. S. Webb*, Attorney General of California, for respondent.

No. 632. UNITED STATES v. BOSTON BUICK Co.; and No. 633. SAME v. IRON CAP COPPER Co. March 17, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Assistant Attorney General Youngquist, Helen R. Carloss, Messrs. Clarence M. Charest* and *R. E. Smith* for the United States. *Messrs. Robert N. Miller* and *Charles W. Mulcahy* for Boston Buick Company. *Mr. Burton E. Eames* for Iron Cap Copper Company.

No. 700. UNITED STATES v. SWIFT & Co. March 17, 1930. Petition for writ of certiorari to the Court of Claims granted. *Attorney General Mitchell* for the United States. *Mr. G. Carroll Todd* for respondent.

No. 664. FULLERTON LUMBER Co. v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Stanley S. Gillam* for petitioner. *Messrs. F. W. Root, A. C. Erdall,* and *O. W. Dynes* for respondent.

No. 667. AMERICAN FRUIT GROWERS, INC., v. BROGDEX Co. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit